**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000143
16-MAY-2025
08:05 AM
Dkt. 16 OAWST**

NO. CAAP-25-0000143


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


BRITTANY IANNELLO, Plaintiff-Appellee,
v.
RUSSELL METTKE and MIKI METTKE, Defendants-Appellees;
CASTLE RESORTS & HOTELS, INC., Defendant-Appellant,
and
DOE ENTITES 1-5; DOE CORPORATIONS 2-5; JOHN DOES 1-5
and JANE DOES 1-5, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-23-0000142)


**ORDER**
(By:  Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of the Appeal with Prejudice (**Stipulation**), filed May 14, 2025, by Defendant-Appellant Castle Resorts & Hotels, Inc., the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the Stipulation is signed by counsel for all appearing parties; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, May 16, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge